UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-2774-T-24CPT

DAVID POSCHMANN,

        Plaintiff,

v.

JJB PROPERTY HOLDINGS, LLC,

        Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as otherwise agreed in the parties' settlement agreement.

    Dated: February 12, 2021

                                        s/Drew M. Levitt
                                        Drew M. Levitt
                                        Florida Bar No. 782246
                                        drewmlevitt@gmail.com
                                        Lee D. Sarkin, Esq.
                                        Florida Bar No. 962848
                                        Lsarkin@aol.com
                                        4700 N.W. Boca Raton Boulevard
                                        Suite 302
                                        Boca Raton, Florida 33431
                                        Telephone (561) 994-6922
                                        Attorneys for Plaintiff